# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

OLUWADAYISI OMOSULE, :

    Plaintiff, : Case Nos. 3:09cv00261

vs. :

        District Judge Walter Herbert Rice

JUDGE STEPHEN HURLEY, *et al.*, : Magistrate Judge Sharon L. Ovington

    Defendants. :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on August 19, 2009 (Doc. #3) is **ADOPTED** in full;

2. Plaintiff's Complaint is DISMISSED without prejudice;

3. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this Decision and Entry would not be taken in good faith, and consequently leave for Plaintiff to appeal *in forma pauperis* is denied; and

4. The case is terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge