IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OLUWADAYISI OMOSULE, :

    Plaintiff, : Case No. 3:09cv00261

vs. :

                                        District Judge Walter Herbert Rice
JUDGE STEPHEN HURLEY, : Magistrate Judge Sharon L. Ovington
et al.,
                                  :

    Defendants.
                                    :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Supplemental Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Supplemental Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Supplemental Report and Recommendations filed on November 30, 2009 (Doc. #8) is **ADOPTED** in full;

2. Plaintiff's Complaint is DISMISSED;

3. The Court certify pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an appeal of an Order adopting this Report and Recommendations would not be taken in good faith, and consequently, leave for Plaintiff to

appeal *in forma pauperis* is denied; and

3. The case is terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge